\_\_\_ FILED    \_\_\_ ENTERED
\_\_\_ LODGED   \_\_\_ RECEIVED

OCT 1 2 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

06-CV-00746-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOBY MASSE, | |
| Petitioner, | CASE NO.   C06-746-JLR-MJB |
| v. | |
| T. LONG, | ORDER DISMISSING § 2254 PETITION |
| Respondent. | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's motion to dismiss, petitioner's response, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's § 2254 petition (Dkt. #6) is DISMISSED as untimely.

(3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 12th day of October, 2006.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254 PETITION